**CRIMINAL PROCEEDINGS/Sentencing**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge Edward J. Lodge | Date: June 8, 2015 |
| Deputy Clerk: Diane Chamberlain | Case: 1:15-cr-00071-EJL |
| Reporter: Lisa Yant | Time: 10:30 - 10:50 am |
| | Location: Boise, ID |

**UNITED STATES OF AMERICA vs. NATHAN VANDERTILL**

        Counsel for United States:  AUSA Christopher Atwood
        Defendant:    Raymond Schild
        Probation Officer: Mike Cruser
        Interpreter: n/a

The Defendant appeared for sentencing on Count One charging False Statement. The plea was pursuant to a written plea agreement. There were no objections filed to the presentence report. Recommendations as to sentencing were made by counsel and a statement was made to the Court by the Defendant. The Court granted the motion for a downward departure.

The Defendant sentenced to the custody of the Bureau of Prisons for a period of 6 months to be followed by a term of Supervised Release for 3 years. Term of incarceration shall be served concurrently with State of Idaho, Ada County Case No. CR-FE-2009-5743. The Defendant to comply with the following terms and conditions of supervised release:

Within 72 hours of release from any custody during the term of the Court ordered Supervision, the Defendant shall report in person to the probation office in the district to which the Defendant is released.

The Defendant shall not commit another federal, state or local crime during the term of supervision.

The Defendant shall comply with the rules and regulations of the Probation Department.

The Defendant shall not possess firearm or other dangerous weapon.

The Defendant shall not unlawfully possess a controlled substance and shall abstain from the unlawful use of the same.

Pursuant to 18 USC §3583(d) the Defendant shall submit to a drug test within 15 days of release on supervised release and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervised release, as directed by the probation officer. Cost of the testing to be paid by the Defendant and the government based upon the Defendant's ability to pay.

The Defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

The Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

The Defendant shall take all medications, if any, as prescribed by a mental health professional. The cost of those medications to be paid for by the Defendant based upon is ability to pay.

The Defendant shall abstain from the consumption of alcohol and shall not frequent bars or similar establishments where alcohol is the chief item for sale.

The Defendant shall submit his or her person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

The Defendant shall, upon request of the probation officer, or a person duly authorized by the probation officer, provide any and all financial information requested by the probation officer or the duly authorized person.

The Defendant shall not incur any new credit charges nor open additional lines of credit without the approval of the probation officer.

Pursuant to 18 USC §§3563(a)(9) and 3583(d), the Defendant shall cooperate in the collection of DNA.

The Defendant shall use only one pharmacy for obtaining prescription medication, report that pharmacy to the probation officer and notify the probation officer of any changes.

The Defendant shall use only one doctor, physician's assistant or nurse practitioner as a primary care physician. The Defendant shall report the chosen medical provider to the probation officer and notify the probation officer of any changes.

The Defendant shall perform 100 hours of community service as directed by the probation officer.

Pursuant to 18 USC §3013 the Defendant shall pay a Special Assessment of $100 on each count.

Right to Appeal advised.

The Defendant remanded to the custody of the USMS.