**U.S. COURTS**

**JUN 10 2015**

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 15-CR-00071-EJL |
| | ) | |
| vs. | ) | **APPLICATION FOR WRIT OF** |
| | ) | **HABEAS CORPUS** |
| NATHAN VANDERTILL | ) | |

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(✓) ad Prosequendum ( ) ad Testificandum

Name of Detainee: Nathan Vandertill, Inmate No. 93700      FID# 9754905

IDAHO DEPARTMENT OF CORRECTION      USMS #: 16524-023

Custodian: ISCC PIE BLDG.; Phone No.: (208) 331-2760

14601 S. Pleasant Valley Rd. _____ at _____ Kuna, ID 83634

Detainee is: (✓) charged in this District by _____Information_____
(Indictment/Information/Complaint)

or

( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: Thursday March 26, 2015 at 10:00 a.m. in Boise, Idaho

Before: Honorable Edward J. Lodge, United States District Judge
(Judicial Officer)

DATED: 3/17/2014      _____
CHRISTOPHER S. ATWOOD
Assistant United States Attorney

**WRIT OF HABEAS CORPUS**

(✓) ad Prosequendum ( ) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above and for any further proceedings to be held in this cause. At the conclusion of these proceedings the United States Marshal shall return the detainee to the above-named custodian.

DATED: 03/18/2015      _____
UNITED STATES DISTRICT JUDGE

Sealed so sent to Pete + Shannon only.
3/18/15 @ 1040

I have (partially / fully) executed the within
WSHCAP by receiving the body of
Nathan Vandestill
On 06/08/2015, delivering him/her to
BTPD to IDOC (#93700)
after sentencing.

Expenses:
United States Marshal
By: Sensenig
Deputy U. S. Marshal